AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the

FILED
2023 MAR 27 AM 11:25
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

Curtis Slade  04842-510
*Petitioner*

v.

Warden FCC Coleman LOW
*Respondent*
(name of warden or authorized person having custody of petitioner)

Case No. 5:23-CV-202 SPC PRL
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: __Curtis Slade__
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: __Coleman FEDERAL CORRECTIONAL COMPLEX - LOW__
   (b) Address: __846 N.E. 54th Terrace, Coleman FL 33521__
   (c) Your identification number: __04842-510__

3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain: _____

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: __U.S. District S.D. Florida__
   (b) Docket number of criminal case: __22-cr-60123-RS(1)__
   (c) Date of sentencing: __On record.__
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   [x] How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   [x] Other (explain): <u>As noted above, BOP is failing to properly apply and therefore calculate my time credits available under FSA congressional law(s). BOP officials fail to properly understand the law(s).</u>

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: _____

   (b) Docket number, case number, or opinion number: _____

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): _____

   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   [x] Yes        ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: <u>BOP Coleman LOW Admin remedy.</u>

   (2) Date of filing: <u>2-13-2023(BP 8) 2-14-2023(BP 9) (non responsive)</u>

   (3) Docket number, case number, or opinion number: _____

   (4) Result: <u>Administration continues to micharecterize the claim.</u>

   (5) Date of result: _____

   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____ N/A Issues of Argument, are law requiring Article III powers to resolve the controversy.

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☐ Yes    ☒ No    N/A Issues of law, requiring Art. III Powers to resolve the controversy.

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised:

   _____ N/A

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes    ☒ No    N/A Issues of law, requiring Art. III Powers to resolve the controversy.

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised:

   _____ N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes   ☒ No   Not challenging the sentencing, yet how its being
If "Yes," answer the following:   denied congressional rights, under the law(s)(FSA)

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

N/A

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes   ☒ No   Not challenging the sentencing process, yet
If "Yes," provide:   how the sentence is being denied FSArights.
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

N/A

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes      ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____

(b) Date of the removal or reinstatement order: _____

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes      ☒ No

If "Yes," provide:
 (1) Date of filing: _____
 (2) Case number: _____
 (3) Result: _____
 (4) Date of result: _____
 (5) Issues raised: _____

N/A

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes      ☒ No

If "Yes," provide:
 (1) Name of court: _____
 (2) Date of filing: _____
 (3) Case number: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

    _____ N/A _____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes      x☒ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: _____
    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____
    (d) Docket number, case number, or opinion number: _____
    (e) Result: _____
    (f) Date of result: _____
    (g) Issues raised: _____

    _____ N/A _____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE**: BOP has erroniously classified as FSA ineligible. 18 U.S.C. 924(c)(1)(A) is a 'categorical approach' charge, which requires judicial determination, in order to assure proper category. BOP officials are neither authorized as such, nor willing to seek court/executive direction(s) on this matter.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Petitioner's PSR reveals that the weapon in question, was never in petitioner's actual posession. As such, there is no way he was able to use a weapon in a violent manner, when he never had control over such weapon.(Firearm) Accordingly, Petitioner invokes Rule 5.1 and request the court issue notice that he is challenging the statute (924(C)(1)(a)) as unconstitutionally vague, as it pertains to the FSA.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No   ** Rule 5.1 of Civil Rules allows for challenge noted

**GROUND TWO:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND THREE:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☒ No

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

**Request for Relief**

15. State exactly what you want the court to do: Order the BOP to credit the FSA credits against petitioners sentence of detention; this well calculated issue will reduce the amount of time petitioner is to be imprisoned. As such petitioner will be released from custody of BOP sooner, than later. further, Petitioner will be returned to his family and children sooner which is Congressional intent, as presented in the FSA of 2018.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  3-22-23                                        _____Curtis Slade_____
                                                                                      Signature of Petitioner


                                                                              _____

                                                                              Signature of Attorney or other authorized person, if any

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CURTIS SLADE,
    Petitioner,

v.                            Case No.

WARDEN, FCC COLEMAN - LOW
    Respondent.

## MOTION TO TAKE JUDICIAL NOTICE

CURTIS SLADE, Petitioner, pro se, hereby moves this Court to take judicial notice of the following adjudicative facts in the form of administrative remedy forms filed with the BOP, as required by Federal Rules of Evidence (FRE) Rule 201:

1. Exhibit A, "Informal Resolution" showing the BOP denying clear issues of law that entitle Petitioner to relief. Accordingly, Petitioner requires this Court to judicially notice Exhibit A as an adjudicative fact relevant to these proceedings pursuant to FRE Rule 201.

2. Exhibit B, "Request for Administrative Remedy" form BP-9 submitted to the Warden of FCC Coleman - Low on February 14, 2023, that has not been acted upon or responded to by the Warden as of the date of this motion. Accordingly, Petitioner requires this Court to judicially notice Exhibit B as an adjudicative fact relevant to these proceedings pursuant to FRE Rule 201.

Respectfully submitted,

*Curtis Slade*

Curtis Slade, Petitioner, pro se

Curtis Slade, Reg. No. 04842-510
Coleman FCC - Low - Inmate Legal Mail
PO Box 1031
Coleman, FL   33521-1031

## CERTIFICATE OF SERVICE AND DECLARATIONS

I HEREBY CERTIFY that today, March 22, 2023, I have served this Motion to Take Judicial Notice on the Clerk of the U.S. District Court for the Middle District of Florida, Ocala Division, and request that the Clerk serve all parties with a copy of the motion via CM/ECF pursuant to congressional law. I am an inmate confined to an institution. Today, March 22, 2023, I am depositing this filing in this institution's internal legal mail system, 1st Class postage prepaid.

1

COC 1330.17.B
March 3, 2018
Attachment A

Ex. A.

## INFORMAL RESOLUTION FORM

NOTICE TO INMATE: Bureau of Prisons Program Statement 1330.16 requires that except as provided in 542.13(b) an inmate shall first present an issue of concern informally to staff and staff shall informally attempt to resolve the issue prior to submitting a BP-9. A separate form must be used for each issue.

*********************************************************************************

INSTRUCTIONS: Counselors will complete and attach this form to each Request for Administrative Remedy Form (BP-9) submitted, if not informally resolved.

| Curtis Slade | 04842-510 | A Unit | Curtis Slade |
|---|---|---|---|
| Inmate Name | Register No. | Qtrs./Unit | Inmate Signature |

1. Specific complaint (one 8 ½" x 11" continuation page may be attached): 18 U.S.C. §3559(c)(2)(F) precludes ¶924(c) offense from qualifying for earned time credits under FSA's only if that individual is serving time for manslaughter, assault with intent to commit murder, rape, sexual abuse, abusive sexual contact, kidnapping, aircraft, robbery, carjacking, extortion, arson, or solicitation to commit any of the above offenses. ¶3559)c)(2)(F) does not apply to a mere possession because there is not predicate conduct of violent.

2. What efforts have been made by the inmate to resolve the complaint informally? To whom has the inmate spoken?
I have spoken with Unit Team but they've advised Me that I am ineligible for FSA's ETCs because I am serving term of imprisonment for firearm offense under 18 U.S.C. §924(c).

3. What action does the inmate wish to be taken to correct the issue? I want this institution to changed my ineligibl status to "eligible" because Congress's did not categorically preclude[d] inmates serving term of imprisonment for violating §924(c)(1)(A) from receiving FSA ETCs if that §924's offense does not have underlying crime of violent associate to the §924(c) possession.

Correctional Counselor's Comments (including actual steps taken to resolve):
A review of your file was conducted. Your request is denied.

| P Wade | 2-13-23 | Staff Circle One: |
|---|---|---|
| Correctional Counselor | Date | Informally Resolved  (Not Informally Resolved) |

Unit Manager's Review

_____  02-13-2023
Unit Manager            Date

Distribution by Correctional Counselor:
1. If complaint is informally resolved, maintain original on file in the Unit.
2. If complaint is not informally resolved, attach original to BP-9 Form and forward to Administrative Remedy Clerk for processing.

|  | Inf. Resolution Form Issued to Inmate | Inf. Resolution Form Returned to Counselor | BP-9 Issued to Inmate | BP-9 Returned to Counselor | BP-9 Delivered to Admin Remedy Clerk |
|---|---|---|---|---|---|
| Date: | 2-9-23 | 2-13-23 | 2-13-23 | 2-14-23 | 2-14-23 |
| Time: | 11:41AM | 3:28PM | 4:07PM | 10:15AM | 2:12P |
| Counselor: | Wade | Wade | Wade | Wade | Wade |

**U.S. DEPARTMENT OF JUSTICE**            **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Slade, Curtis    04842-510    A Unit    FCC Coleman-Low
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST** PURSUANT to Taylor v. United States and its progency, a §924(c)(1)(A) firearm offense is not a categorically crime of violence for purpose[s] of finding individual[s] ineligible for FSA ETCs under the First Step Act of 2018. See also 18 U.S.C.§ 3559(c)(2)(F). Otherwise, Inmate Slade's is statutory eligible for FSA's ETCs and failure to award him such credits as Congress's intent would circumvent[ed] FSA's and render[ed] the statute as applie[d] to him unconstitutional.

02/14/2023                                                  *Curtis Slade*
DATE                                                              SIGNATURE OF REQUESTER

**Part B- RESPONSE**

Ex. "B"

DATE                                                             WARDEN OR REGIONAL DIRECTOR
*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                        CASE NUMBER: _____

CASE NUMBER: _____

**Part C- RECEIPT**
Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

DATE                                                            RECIPIENT'S SIGNATURE (STAFF MEMBER)      BP-229(13)